ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
CAROL ANN CATANESE,             :
                                :
              Plaintiff,        :
                                :
       - v. -                   :
                                :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :   07 Civ. 10290 (NRB)
Commissioner of                 :
Social Security,                :
                                :
              Defendant.        :
                                :
- - - - - - - - - - - - - - - - x

     IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from March 24, 2008 to and including May 23, 2008.  The reason for the request is

because the defendant's counsel has not yet been able to complete his review of the administrative record. One prior extension has been requested in this case.

Dated:  New York, New York
        March 7, 2008

                INSLER & HERMANN, LLP
                Attorneys for Plaintiff

By: *Lewis B. Insler* (signature)
LEWIS B. INSLER, ESQ.
80 Grasslands Road – Suite 102
Elmsford, New York  10503
Telephone No.: (914) 286-3030

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: (signature)
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street – 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2712
John.Gura@usdoj.gov

SO ORDERED:

(signature)
UNITED STATES DISTRICT JUDGE
3/19/08