MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

## INSLER & HERMANN, LLP
### Attorneys at Law
80 Grasslands Road, Suite 102
Elmsford, New York 10523

Phone (914) 286-3030
Fax    (914) 592-2726

**Dutchess County Office**
1207 Route 9
Wappingers Falls, NY 12590
(845) 298-0065

Lewis B. Insler
Gabriel J. Hermann*
* Admitted in NY & NJ

**Bergen County Office**
1 University Plaza
Hackensack, NJ 07601
(201) 662-9700

June 6, 2008

Hon. Naomi R. Buchwald
United States Courthouse
500 Pearl St., Room 2270
New York, NY 10007

RE:  **CATANESE V ASTRUE  07 CIV 10290**            **ATTENTION: OMAR KHAN**

Dear Judge Buchwald,

Per your Chambers' directions, I have discussed this matter with Mr. Gura, the Assistant US Attorney assigned, and we have agreed to the following briefing schedule in the above matter:

   Plaintiff's Motion and Memo of Law   due August 8, 2008

   Defendant's Cross Motion and Memo   due September 5, 2008

   Plaintiff's Reply Memo (optional)       due September 19, 2008

Please advise if there is any difficulty with this schedule. The relative delay in starting the process is due to counsel's existing schedules and obligations as well as the fact that the potential for a remand for further administrative action still exists. Therefore we would ask you to endorse this schedule as proposed.

Thank you for your interest in this matter.

So Ordered.
[signature] Naomi Reice Buchwald
6/19/08

Very truly yours,

[signature]
Lewis B. Insler

Cc: John Gura, AUSA