

# MEMO ENDORSED

**U.S. Department of Justice**

United States Attorney
Southern District of New York

---

86 Chambers Street, 3rd Floor
New York, New York 10007

August 6, 2008

By Fax

Hon. Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007



Re: <u>Carol Ann Catanese v. Astrue</u>
07 Civ. 10290 (NRB)

Dear Judge Buchwald:

    This Office represents the Commissioner of Social Security, defendant in the above-captioned action. We are writing respectfully, on behalf of the parties, to request an adjournment of the Court's briefing schedule.

    At the parties' request the Court adopted a briefing schedule making plaintiff's motion for judgment on the pleadings due by August 8, 2008, defendant's cross-motion due by September 19, 2008, and plaintiff's reply, if any, due by October 5, 2008. The parties have discussed this matter further and, based on those discussions, this Office has asked the Social Security Administration to further review this case. Because the agency's review may lead to a change in its current litigation position, we respectfully request that the Court's briefing schedule be amended as follows:

    Plaintiff's motion for judgment on the pleadings is due by September 9, 2008;

    Defendant's cross-motion is due by October 9, 2008;

    Plaintiff's reply, if any is due by October 23, 2008.

    This is the first request for an adjournment of the briefing schedule.

*So Ordered.
Naomi Reice Buchwald
USDJ
8/7/08*

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

We thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ John E. Gura, Jr.
JOHN E. GURA, Jr.
Assistant United States Attorney
Tel. No.: (212) 637-2712
Fax. No.: (212) 637-2750

cc: Lewis B. Insler, Esq.
(By Fax)

# FACSIMILE COVER SHEET

U.S. ATTORNEY'S OFFICE, S.D.N.Y.
86 Chambers Street, 3rd Floor
New York, New York 10007

*****************************************************************

From: John E. Gura, Jr. Assistant United States Attorney

Office Phone No.: (212) 637-2712

Fax No.: (212) 637-2750

No. pages (including cover sheet): 3

Date: August 6, 2008

*****************************************************************

*For Official Use Only*

## U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents, constitute "FOR OFFICIAL USE ONLY" information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or taking of any action in reliance on this information is strictly prohibited. If you receive this information in error, please notify us immediately by telephone at the above number and destroy the information.

*****************************************************************

| Name | Telephone | Fax Number |
|---|---|---|
| Hon. Naomi Reice Buchwald | 212-805-0194 | 212-805-7927 |

*****************************************************************

**REMARKS:** Please see attached.