ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                 :
CAROL ANN CATANESE,          :

        Plaintiff,          :

    - v. -                :
                                 :    STIPULATION AND ORDER
MICHAEL J. ASTRUE,          :    07 Civ. 10290 (NRB)
Commissioner of
Social Security,             :

        Defendant.          :
- - - - - - - - - - - - - - - - - x

        IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08

for further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       August 2⊘, 2008

                        INSLER & HERMANN, LLP
                        Attorneys for Plaintiff

By: _____
    LEWIS B. INSLER, ESQ.
    80 Grasslands Road - Suite 102
    Elmsford, New York 10523
    Telephone No.: (914) 286-3030

    MICHAEL J. GARCIA
    United States Attorney
    Southern District of New York
    Attorney for Defendant

By: _____
    JOHN E. GURA, JR.
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York 10007
    Telephone No.: (212) 637-2712
    John.Gura@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

8-29-08